IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ABC IP, LLC, a Delaware limited liability
Company, and RARE BREED TRIGGERS,
INC., a Texas corporation
    Plaintiff,

v.

JESSE T. KLINE,
    Defendant.

Civil Action No. 3:25-cv-00454-CWR-ASH



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 4 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

**DEFENDANT'S SPECIAL APPEARANCE MOTION TO DISMISS UNDER RULES 12(b)(2), 12(b)(4) AND 12(b)(5)**

COMES NOW the Defendant, Jesse T. Kline, specially appearing for the limited purpose of contesting this Court's jurisdiction, and respectfully moves this Honorable Court to dismiss the Complaint pursuant to Rules 12(b)(2), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure. In support of this limited and special appearance, Defendant states as follows:

1. Defendant appears specially and not generally, solely to challenge the Court's exercise of personal jurisdiction and the validity of process, and service of process. This appearance shall not be deemed a waiver of any rights or defenses available under Rule 12 or otherwise.

2. This Court lacks personal jurisdiction over Defendant. Defendant is domiciled outside the State of Mississippi and has not engaged in conduct giving rise to specific or general jurisdiction within this forum.

3. Plaintiffs failed to effectuate valid process under Rule 4, as the "papers" left were never identified as a summons or complaint and may not have been properly issued under Rule 4(a)

4. Plaintiff failed to properly serve Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. The purported service described in Plaintiff's return of service did not constitute valid personal, substitute, or agent service and was not delivered to Defendant or any authorized recipient.

5. Because personal jurisdiction, valid process, and service are prerequisites to this Court's authority over the Defendant, and none of these factors have been established, the Complaint must be dismissed.

WHEREFORE, Defendant respectfully requests that this Court:

(a) Recognize this filing as a special appearance for the sole purpose of contesting personal jurisdiction and service;

(b) Dismiss the Complaint pursuant to Rule 12(b)(2) for lack of personal jurisdiction;

(c) Dismiss the Complaint pursuant to Rule 12(b)(4) for insufficient process;

(d) Dismiss the Complaint pursuant to Rule 12(b)(5) for insufficient service of process;

(e) In the alternative, quash any attempted service; and

(f) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 14 day of October, 2025.

Jesse T. Kline, Defendant Pro Se
Special Appearance Only
P.O. Box 106
Mendota, IL 61342
Email: jkline05191986@proton.me
Telephone: (385) 341-5369

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Special Appearance Motion to Dismiss upon all counsel of record by filing it through the Court's CM/ECF system, which automatically serves all registered parties, or by mailing a copy via U.S. Mail, postage prepaid, to any unrepresented party not registered in CM/ECF.

This the 14 day of October, 2025.

*/s/ Jesse T. Kline*

Jesse T. Kline, Defendant Pro Se
Special Appearance Only