# EXHIBIT 7



# EXHIBIT 7.1



# EXHIBIT 7.2



# EXHIBIT 7.3

