# EXHIBIT 8



# EXHIBIT 8.1



# EXHIBIT 8.2



# EXHIBIT 8.3

