

EXHIBIT 9.1



# EXHIBIT 9.2

