**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ABC IP, LLC, a Delaware limited liability company,**                    **PLAINTIFFS**
**and RARE BREED TRIGGERS, INC.,**
**a Texas corporation**

**v.**                                                        **CIVIL ACTION NO. 3:25cv454-CWR-ASH**

**JESSE T. KLINE, an individual**                                            **DEFENDANT**

### MOTION FOR EXTENSION OF TIME

COME NOW, Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. (Plaintiffs), and request that the Court issue an order extending the time allowed to respond to Defendant's Special Appearance Motion to Dismiss Under Rules 12(b)(2), 12(b)(4), and 12(b)(5) [Doc. 9]. In support of this Motion, Plaintiffs would show the following:

1.      Defendant, Jesse T. Kline (Defendant) filed his Motion and Memorandum in Support [Doc. 10] on October 14, 2025.

2.      Plaintiffs request an additional seven (7) days to file their Response, or until November 3, 2025.

3.      This request is made in good faith and in the interest of justice and efficiency, and not for purposes of delay.

4.      At this time, Plaintiffs do not know whether Defendant opposes this motion.

WHEREFORE, Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. respectfully request this Honorable Court to grant their Motion for Extension of Time, thereby extending the time for Plaintiffs to file their Response to Defendant's Motion [Doc. 9] until November 3, 2025.

This the 24th day of October, 2025.

          Respectfully submitted,

          ABC IP, LLC and RARE BREED TRIGGERS, INC.

          By their attorneys,

          MOCKBEE ELLIS, P.A.


By:  */s/ David B. Ellis*
      DAVID B. ELLIS, MSB #102926
      Local Counsel

MOCKBEE ELLIS, P.A.
125 S. Congress Street, Ste. 1820
Jackson, MS  39201
Tel: (601) 353-0035
Fax: (601) 353-0045
Email:  dellis@mhdlaw.com


Glenn D. Bellamy (Ohio Bar No. 0070321)
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

***Attorneys for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court using ECF system which will send notification of such filing on all counsel of record, and via email to Defendant, Jesse T. Kline, at his email address reflected on his Motion [Doc. 9] of jkline05151986@proton.me.

*/s/ David B. Ellis*
DAVID B. ELLIS