IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ABC IP, LLC, a Delaware limited liability company,**            **PLAINTIFFS**
**and RARE BREED TRIGGERS, INC.,**
**a Texas corporation**

v.                                                CIVIL ACTION NO. 3:25cv454-CWR-ASH

**JESSE T. KLINE, an individual**                                                **DEFENDANT**

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## SUR-REPLY TO DEFENDANT'S REPLY MEMORANDUM

1. On June 23, 2025, Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc., filed their Complaint against Defendant Jesse T. Kline.

2. On October 14, Kline filed a Motion to Dismiss the Complaint and Memorandum in Support of his Motion.

3. Plaintiffs received an extension of time to file their Response to Kline's Motion to dismiss and filed their Response by their deadline of November 4.

4. Defendant filed his Reply Memorandum on November 18.

5. Defendant's Reply Memorandum included seven exhibits, six of which were not included as exhibits to Defendant's Motion to Dismiss.

6. Defendant also asserted arguments in his Reply Memorandum that were not raised in his Motion to Dismiss or his Memorandum in Support.

7. Plaintiffs seek leave to file sur-reply to Defendant's Reply Memorandum to respond to the newly presented arguments and evidence. It is within the Court's discretion to grant or deny additional briefing, and leave of court has been found appropriate where the moving party raised new issues in the reply brief. Univ. of Miss. Med. Ctr. v. Sullivan, 2012 U.S. Dist. LEXIS 226221 at *4 (S.D. Miss. October 7, 2021)(internal citations omitted).

1

8. If the Court grants this Motion, Plaintiffs intend to file the Sur-reply to Defendant's Reply Memorandum attached to this Motion as Exhibit "A".

9. Defendant opposes this request.

10. Plaintiffs' request is made in good faith and is not intended to cause delay.

11. Defendant will not be prejudiced if the Court grants the relief sought by Plaintiffs.

WHEREFORE, Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. respectfully ask this Honorable Court to grant this Motion for Leave to File Sur-Reply to Defendant's Motion to Dismiss.

This the 25th day of November, 2025.

Respectfully submitted,

ABC IP, LLC and RARE BREED TRIGGERS, INC.

By their attorneys,

MOCKBEE ELLIS, P.A.

By: /s/ David B. Ellis
DAVID B. ELLIS, MSB #102926
Local Counsel

MOCKBEE ELLIS, P.A.
125 S. Congress Street, Ste. 1820
Jackson, MS  39201
Tel: (601) 353-0035
Fax: (601) 353-0045
Email:  dellis@mhdlaw.com

Glenn D. Bellamy (Ohio Bar No. 0070321)
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using ECF system which will send notification of such filing on all counsel of record, and via email to Defendant, Jesse T. Kline, at his email address reflected on his Motion [Doc. 9] of jkline05191986@proton.me.

                                                                                              */s/ David B. Ellis*
                                                                                            DAVID B. ELLIS