

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2025 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: October 28, 2025 - Tuesday 9:38 PM

## Voter Registration
This data is for informational purposes only.

### 1. Mississippi Voter Registration
**Registrant Information**

- **Name:** KLINE, JESSE THEODORE
- **Residential Address:** 643 APRIL SOUND
  PEARL, MS 39208-6604
  RANKIN COUNTY
- **SSN:** 609-12-XXXX
- **Gender:** Unknown

**Voter Information**

- **Registration Date:** 7/25/2024
- **Last Vote Date:** 11/5/2024
- **Active Status:** ACTIVE

## Voter Registration
This data is for informational purposes only.

### 1. Utah Voter Registration
**Registrant Information**

- **Name:** KLINE, JESSE THEODORE
- **Residential Address:** 8560 S SUGARLOAF LN
  SANDY, UT 84093-1161
  SALT LAKE COUNTY
- **SSN:** 609-12-XXXX
- **Gender:** Unknown

**Voter Information**

- **Registration Date:** 11/4/2022
- **Party Affiliation:** CONSTITUTION
- **Active Status:** INACTIVE

**Key**
⚠ High Risk Indicator. These symbols may prompt you to investigate further
⚑ Moderate Risk Indicator. These symbols may prompt you to investigate further
⚑ General Information Indicator. These symbols inform you that additional information is provided.
✓ The most recent telephone listing as reported by the EDA source

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

EXHIBIT 1

jesse_kline

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use
Copyright© 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**