# 🔍 MY VOTER REGISTRATION INFO

**Name:** Jesse Theodore Kline

**Physical Address:**
8560 S Sugarloaf Ln
Sandy, UT 84093

**Ballot Mailing Address:**
329 N 3rd St
Earlville, Il 60518-8117

**Voting Precinct:** SAN014

**Voting District:** State House 42

**Voter ID Number:** 2649603

**Party Affiliation:** Constitution

**Voter Status:** Active

EXHIBIT 2