SLCo --> Assessor --> Parcel Search --> Valuation Summary --> Printable Version

**Parcel** 22-34-454-013-0000
**Owner** PHILLIPS, AMY; JT PHILLIPS, DALE; JT
**Address** 8560 S SUGAR LOAF LN
**Total Acreage** 0.19
**Above Ground sqft.** 1995
**Property Type** 111 - SNGL FAM RES
**Tax District** 35E

### Value History

| Rec. | Land Value | Building Value | Market Value | Taxable Value | Tax Rate |
|---|---|---|---|---|---|
| 2025 | $258,900 | $428,100 | $687,000 | $377,850 | |
| 2024 1 | $249,300 | $437,200 | $686,500 | $377,575 | .0097000 |
| 2023 1 | $239,700 | $364,200 | $603,900 | $332,145 | .0097170 |
| 2022 1 | $235,000 | $313,600 | $548,600 | $301,730 | .0098780 |
| 2021 1 | $179,300 | $273,200 | $452,500 | $204,820 | .0116030 |
| 2020 1 | $179,300 | $193,100 | $372,400 | $204,820 | .0122950 |

*before Board of Equalization

### Land Record

**Record ID 1** 22-34-454-013-0000

| | | | | |
|---|---|---|---|---|
| Lot Use | RESIDENTIAL | Influence Effect | Lot Shape | IRREGULAR |
| Lot Type | PRIMARY-LOT | Assmt. Class | RES-PRIMARY | Lot Location | INTERIOR |
| Land Class | | Lot Depth | | Neighborhood | 914 |
| Income Flag | | Acres | 0.19 | Nbhd Type | STATIC |
| Seasonal use | N | Zone | 1108 | Nbhd Effect | TYPICAL |
| Influence Type | | Sewer | PUBLIC | Topography | LEVEL |
| | | Number Lots | 1 | | |

| | | |
|---|---|---|
| Traffic | LIGHT |
| Traffic Influence | TYPICAL |
| Street type | TWO-WAY |
| Street Finish | PAVED |
| Curb Gutter | Y |
| Sidewalk | Y |

### Residence Record

22-34-454-013-0000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Building Style | MD | Full Baths | 1 | Interior Condition | GOOD | Main Floor Area | 1107 |
| Assessment Classification | P | 3/4 Baths | | Exterior Condition | AVERAGE | Upper Floor Area | 888 |
| Exterior Wall Type | FRAME | Half Baths | 1 | Overall Condition | GOOD | Finished Attic Area | |
| Roofing | ASPHALT-SHNG | Number of Kitchens | 1 | Visual Appeal | AVERAGE | Above Ground Area | 1995 |
| Central AC | YES-FA DUCT | Finished Fire places | 2 | Maintenance | HIGH | Basement Area | 786 |
| Heating | PRIMRY-CNTRL | Year Built | 1976 | Conformity | EQUAL-IMPRVD | Finished Basement Area | 750 |
| Owner Occupied | | Effective Year Built | 2006 | Livability | AVERAGE | Finished Basement Grade | A |
| Number of Stories | 2.0 | Interior Grade | AVERAGE | Primary Kitchen Quality | STANDARD | Carport Surface Area | |
| Total Rooms | 13 | Exterior Grade | AVERAGE | Primary Bath Quality | STANDARD | Attached Garage S. Area | |
| Bedrooms | 4 | Overall Grade | AVERAGE | Percent Complete | 100 | Builtin Garage S. Area | 552 |
| | | | | | | Basement Garage S. Area | |

Above Grade Area + Basement Area: 2781

22-34-454-013-0000

### Legal Description

LOT 311, QUAIL VALLEY #3 SUB 4746-0741 08530-3902 10964-5545

Click here for Classic Parcel Details Page   Search Again?
This page shows the assessor's CAMA data, as it was, on May 22, 2025.

**EXHIBIT 3**