

ilsos.gov (https://www.ilsos.gov/) **Official Website of the Illinois Secretary of State**  Here's how you know  ∨

ILLINOIS SECRETARY of STATE
ALEXI GIANNOULIAS (https://www.ilsos.gov/)
(https://www.ilsos.gov/)

Search Ilsos.gov... 🔍
(https://www.ilsos.gov/search/searchgoogle.html)

| Driver's Licenses & ID Cards ∨ | Vehicles, Plates & Titles ∨ | 💼 Business Services ∨ | More Services ∨ |

# Business Entity Search

## Entity Information

**Entity Name**
BEHIND ENEMY LINES LLC

**Principal Address**
643 APRIL SOUND
PEARL,MS 39208

**File Number**
12642725
**Status**
ACTIVE on 08-06-2025

**Entity Type**
LLC
**Type of LLC**
Domestic

**Org. Date/Admission Date**

01-03-2023
**Jurisdiction**
IL

**Duration**
PERPETUAL



EXHIBIT
4

**Annual Report
Filing Date**

08-06-2025
**Annual Report
Year**

2025

**Agent Information**
JESSE KLINE
329 N 3RD ST
EARLVILLE, IL 60518-8117
**Agent Change Date**
01-03-2023

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Available Services | Managers | Old LLC Name | Assumed Name |

| Series Name | File History |

Purchase Master Entity Certificate of Good Standing

Articles of Amendment Effecting A Name Change (https://apps.ilsos.gov/llcartamendment/)

Adopting Assumed Name (https://apps.ilsos.gov/llcassumedadoptname/)

Change of Registered Agent and/or Registered Office (https://apps.ilsos.gov/llcagentchange/)

English