```
 LRMINQ01 DELTA              LANDROLL INQUIRY - BASIC DATA              LRWINQ01/M5
Library 2025 LANDROLL - DELTA
KLINE JESSE                             Parcel F08K000007 00080    PPIN  49828
                                        Alt Parcel
                                        Exempt Code    JD 0 Tax District 551
                                        Subdivision

 643 APRIL SOUND                          Neighborhood              Map
PEARL            MS 39208       St Addr   643    APRIL SOUND
Sect/Twn/Rng 15 05  02  Blk
Cls C-Acres   C-Value   U-Acres   U-Value   T-Acres   Improved   True      Assessed
1              50000                                  195430     245430    24543
2
               50000                                  195430     245430    24543
Homestead Type 2 1=065 2=DAV 3=DIS 4=Reg    Reg          100      DAV      24543
Mtg                                     Group              Eligible Cl1 Y (Y/N)
New Value Added             F-Fire O-Override  Deed Bk 2024 Pg    14833 Ext
  Drainage Code     Benefit  Price  Total      Deed Date  7 15 2024 Type  NC
                                               Current   2025 Yr  Added
                                            L    50000    50000
                                            B   195430   195430  Chged  7 16 2024
 Levee Benefits        X       =         Use1 1110 Use2 1110           TARR1
 F3-NEXT PARCEL F5-LEGAL F6-ADDENDUM F7-DEEDS F8-FLAGS F9-OPTIONS F24-EXIT
 F3 next record, Page-Up prev record, F13 Paperlink
```

EXHIBIT 5

```
LRMINQ01 DELTA            LANDROLL INQUIRY - BASIC DATA              LRWINQ01/M5
Library 2026 LANDROLL - FUTURE
KLINE THEODORE J & KRISTEN N         Parcel F08K000007 00080    PPIN  49828
                                     Alt Parcel
                                     Exempt Code    JD 0 Tax District 551
                                     Subdivision

643 APRIL SOUND                     Neighborhood              Map
PEARL           MS 39208      St Addr   643    APRIL SOUND
Sect/Twn/Rng 15 05  02  Blk
Cls C-Acres  C-Value  U-Acres  U-Value  T-Acres   Improved    True    Assessed
1            50000                                 195430    245430     36815
2
             50000                                 195430    245430     36815
Homestead Type   1=065 2=DAV 3=DIS 4=Reg   Reg         100         DAV
Mtg                                     Group          Eligible Cl1 N (Y/N)
New Value Added          F-Fire 0-Override  Deed Bk 2025 Pg     13303 Ext
 Drainage Code     Benefit  Price  Total   Deed Date  6 24 2025 Type  NC
                                           Current  2025 Yr  Added
                                           L    50000    50000
                                           B   195430   195430  Chged  6 25 2025
Levee Benefits       X       =     Use1 1110 Use2 1110          TAJV
 F3-NEXT PARCEL F5-LEGAL F6-ADDENDUM F7-DEEDS F8-FLAGS F9-OPTIONS F24-EXIT
 F3 next record, Page-Up prev record, F13 Paperlink
```