UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ABC IP, LLC, a Delaware limited liability company,**             **PLAINTIFFS**
**and RARE BREED TRIGGERS, INC.,**
**a Texas Corporation,**

**v.**

                                                          **Case No. 3:25-cv-454-CWE-ASH**
**JESSE T. KLINE, an individual**

                                                                        **DEFENDANT**

**NOTICE OF MOTION TO TRANSFER AND**
**CONSOLIDATE RELATED CASES**

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Super Safety Litigation*, MDL No. 3176.

1. On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

Copies of the MDL Motion, MDL Response, and MDL Reply and all attachments are attached hereto collectively as Exhibits "1" (Part One), "2" (Part 2) and "3" (Part 3).

Dated: February 6, 2026 *Respectfully submitted,*

By: <u>*/s/ David B. Ellis*</u>
David B. Ellis, MSB #102926
Local Counsel
MOCKBEE ELLIS, P.A.
125 S. Congress Street, Ste. 1820
Jackson, MS 39201
Tel: (601) 353-0035
Fax: (601) 353-0045
Email: dellis@mhdlaw.com

Glenn D. Bellamy
Ohio Bar No. 00700321
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

Matthew A. Colvin
(pro hac vice forthcoming)
Texas Bar No. 24087331
Carl E. Bruce
(pro hac vice forthcoming)
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
bruce@fr.com

Ben Christoff
(pro hac vice forthcoming)
FISH & RICHARDSON P.C.
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

***Attorneys for Plaintiffs***
***ABC IP, LLC and Rare Breed Triggers, Inc.***

2

## **CERTIFICATE OF SERVICE**

     I certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of the Court using ECF system which will send notification of such filing on all counsel of record, and via email to Defendant, Jesse T. Kline, at his email address jkline05151986@proton.me.

                                        */s/ David B. Ellis*
                                        DAVID B. ELLIS