## Christina Smith

| | |
|---|---|
| **From:** | MSSDdb_new_caseNORTHERN |
| **Sent:** | Wednesday, July 29, 2026 4:41 PM |
| **To:** | MSSDdb_Jackson |
| **Cc:** | Lasonya Townsend; Dalinda Hefner |
| **Subject:** | EXISTING CASE: 3:25CV454 - Fw: Transferred case has been opened |



Teresa Ballard, Case Administrator
United States District Court for
the Southern District of Mississippi
501 East Court Street, Suite 2.500
Jackson, Mississippi 39201
(601) 608-4018

**From:** MSSDdb_InterdistrictTransfer_MSSD <interdistricttransfer_mssd@mssd.uscourts.gov>
**Sent:** Wednesday, July 29, 2026 4:23 PM
**To:** MSSDdb_new_caseNORTHERN <new_caseNORTHERN@mssd.uscourts.gov>; Christine Louisville
<Chris_Louisville@mssd.uscourts.gov>; Whitney Dilmore <Whitney_Dilmore@mssd.uscourts.gov>
**Subject:** FW: Transferred case has been opened

From: txedCM@txed.uscourts.gov <txedCM@txed.uscourts.gov>
Sent: Wednesday, July 29, 2026 4:23:13 PM (UTC-06:00) Central Time (US & Canada)
To: MSSDdb_InterdistrictTransfer_MSSD
Subject: Transferred case has been opened

CASE: 3:25-cv-00454

DETAILS: Case transferred from Mississippi Southern
has been opened in Eastern District of TEXAS  [LIVE]
as case 4:26-cv-00958, filed 07/29/2026.

1